NUMBER 13-05-254-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
VICKSBURG COMMUNITY ASSOCIATION, INC.,                  Appellant,

v.

RAY W. PARKER, JR.,                                                        Appellee.
____________________________________________________________________

On appeal from the 268th District Court of Fort Bend County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam
 
         Appellant, VICKSBURG COMMUNITY ASSOCIATION, INC., perfected an appeal
from a judgment entered by the 268th District Court of Fort Bend County, Texas, in
cause number 02-CV-124243. After the notice of appeal was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant states that it no longer wishes
to prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 26th day of May, 2005.